UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | No.  1:22-CR-00266-RP |
| | § | |
| (1) RAUNEL ISRAEL REYNOSO, | § | |
| *Defendant* | § | |

## ORDER

Before the Court is Defendant Raunel Reynoso's Unopposed Motion to Modify Conditions of Release, Dkt. 33. The District Court referred the motion to the undersigned for disposition. Dkt. 34. The motion seeks to modify the terms of Reynoso's Order Setting Conditions of Release, Dkt. 23, to remove condition 7(p)(ii), home detention, and condition 7(q)(i), electronic location monitoring. The motion indicates this modification will facilitate Reynoso's meetings with counsel and better enable him to secure employment. Dkt. 33. The motion also states that defense counsel conferred with the U.S. Attorney's Office and the U.S. Pretrial Services Office, and that neither oppose the requested relief. The undersigned confirmed with Reynoso's pretrial services officer that their office supports the modification.

For all of these reasons, the undersigned **GRANTS** Reynoso's Unopposed Motion to Modify Conditions of Release, Dkt. 33, and **MODIFIES** his Order Setting Conditions of Release, Dkt. 23, to remove condition 7(p)(ii), home detention, and condition 7(q)(i), electronic location monitoring.

SIGNED June 27, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE